UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:            )    Case No:5-05-55268 JJT
   Yi, Yang Shik    )
                     Debtor(s)    )    Chapter 7

PETITION FOR UNCLAIMED FUNDS AND ORDER THEREON

    I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. Pursuant to 11 U.S.C.§ 347 (a) of the Bankruptcy Code, the trustee in this case paid (deposited) this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was subsequently deposited in the United States Treasury.

2. I am petitioning to receive the total amount of $32,745.72 on behalf of the creditor, David Aikin.

3. (Please check and complete the applicants subparagraph below and attach requested information):

   ____A. I am the creditor named in paragraph 2 and full proof of my right to the unclaimed funds is as follows:

      ____ copy if original proof of claim (attach copy)

      ____ copy of Trustee's final report showing name of creditor owed the original funds (attach copy)

      ____ copy of creditor's driver's license, passport or other current, valid proof of identity (attach copy)

      _____ Social security number or

      _____ Taxpayer identification number.

   ____B. I am an employee of the creditor named in paragraph 2 and my title is
      _____. I am authorized by the creditor to file this petition as provided by may employer's Authorizing signature.
      _____ herein or
      _____ by the creditor's attached written authorization.

   **XX** C. I am the lawful attorney-in-fact for the creditor named in paragraph 2 and I am duly authorized by the attached original notarized power of attorney (agent authorization) to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which included, if applicable, identification of any sale of the company and the new and prior owner(s): describe below or as attachment if insufficient space is provided)

FILED WILKES-BARRE, PA
FEB 1 5 2013
Clerk, U.S. Bankruptcy Court

David Aikin
5307 Ray Court
Waldord MD 20603
]910-358-1958

The creditor, David Aikin was in the Military at the time the check was sent to the court address of 3259 Catlin Avenue, Quantico Va 22134 and did not receive the check.

   D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim): (describe below or use attachment if insufficient space is provided)

4. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

5. I understand that, pursuant to 18. U.S.C § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. On February 12, 2013, a copy of this document (fully completed) was mailed to the US Attorney at POB 309, Scranton PA 18501, per 28 U.S.C. § 2042.

Executed on  2/12/13

_[signature] Atty in Fact_
Petitioner's Signature

Charlene J. Keys dba Keys Research

_____
Employer-Creditor's Signature

_____
Type or print Employer-Creditor's Name

23630 SE 440th Street, Enumclaw WA 98022
Petitioner's or Employer-Creditor's Address

APPROVED AS TO FORM:

_____
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED:

_____
Judge